## DREXEL et al., v. NORTHWESTERN TERRA COTTA CO.

(Circuit Court of Appeals, Eighth Circuit. September 30, 1895.)

### No. 483.

In Error to the Circuit Court of the United States for the District of Nebraska.

This was an action by the Northwestern Terra Cotta Company, a corporation of Chicago, Ill., against Henry P. Drexel, E. J. Refregier, E. A. Blum, J. H. Hulbert, and Albert Foll, to recover upon a bond given under the Iowa statute of April 7, 1884, for the purpose of procuring the release of certain mechanics' liens upon a courthouse, and preventing the filing of others thereon. In the court below judgment was entered in favor of complainant, and defendants brought error.

H. C. Brome and B. G. Burbank, for plaintiffs in error.

W. W. Morsman (Smith McPherson and J. M. Junkin, on the brief), for defendant in error.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. In this case the suit was on the same bond that was sued on in Carnegie, Phipps & Co. v. Hulbert (No. 475) 70 Fed. 209, but the lower court in this case rendered judgment for the plaintiff upon the ground that it was named as the obligee in the bond. On the authority of Carnegie, Phipps & Co. v. Hulbert, the judgment of the circuit court is affirmed.